# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANTHONY S. NOONAN IRA, LLC; AND LP FINANCIAL INC., Appellants, vs. THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2007-12T1; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Respondents. | No. 71365 |

FILED

OCT 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order granting summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; J. Charles Thompson, Senior Judge.

Having considered the parties' arguments and the record, we conclude that the district court lacked jurisdiction to grant respondents' combined NRCP 24(a) and NRCP 60(b) motion, as respondents were not a "party" entitled to file an NRCP 60(b) motion. *See SFPP, L.P. v. Second Judicial Dist. Court*, 123 Nev. 608, 612, 173 P.3d 715, 717 (2007) ("[O]nce a final judgment is entered, the district court lacks jurisdiction to reopen it, absent a *proper* and timely motion under the Nevada Rules of Civil Procedure." (emphasis added)); *Lopez v. Merit Ins. Co.*, 109 Nev. 553, 556-57, 853 P.2d 1266, 1268-69 (1993) (concluding that an NRCP 60(b) motion filed by a nonparty was improper and that a motion to intervene cannot be filed after a final judgment has been entered); *cf. Landreth v. Malik*, 127 Nev. 175, 179, 251 P.3d 163, 166 (2011) (observing that jurisdictional issues can be raised at any time).

18-40176

Because the district court lacked jurisdiction to set aside the default judgment, it necessarily erred in granting summary judgment for respondents, and we therefore reverse that order. This disposition should not be construed as precluding respondents from seeking alternative relief under NRCP 60(b). In light of the foregoing, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____Pickering_____, J.
                        Pickering

_____Gibbons_____ J.          _____Hardesty_____, J.
Gibbons                                              Hardesty


cc:    Chief Judge, The Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Lansford W. Levitt, Settlement Judge
       The Law Office of Mike Beede, PLLC
       Akerman LLP/Las Vegas
       Eighth District Court Clerk